IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00346-REB-PAC

WEST STAR AVIATION, INC., and
UNITED STATES AVIATION UNDERWRITERS, INC.,

    Plaintiff(s),

v.

OMEGA COATING CORPORATION,
ALPHA COATINGS, INC., and
HH&H AUTOMOTIVE PAINT, INC., d/b/a HIGHTOWER SUPPLY,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
August 25, 2005

    Upon review of the motion, response and reply, and finding good cause under Rule 16(b), Fed. R. Civ.P., IT IS HEREBY

    **ORDERED** that Defendant Omega Coating Corporation's Motion to Expand Discovery [filed July 6, 2005] is **granted**.  Defendant may take up to twenty-five fact witness depositions and may, in addition, take experts' depositions.