IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00346-REB-PAC

WEST STAR AVIATION, INC., and
UNITED STATES AVIATION UNDERWRITERS, INC.,

      Plaintiff(s),

v.

OMEGA COATING CORPORATION,
ALPHA COATINGS, INC., and
HH&H AUTOMOTIVE PAINT, INC., d/b/a HIGHTOWER SUPPLY,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Defendant Omega Coating Corporation's Unopposed Motion for Forthwith Ruling to Vacate and Re-Set Settlement Conference dated September 1, 2005 (doc. 62) is **GRANTED**.  This is the "forthwith" ruling, and the settlement conference scheduled for September 7, 2005 at 10:30 a.m. is **VACATED** and **RESET** to **September 19, 2005 at 3:00 p.m.**

Dated:  September 6, 2005