# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-0346-REB-PAC

WEST STAR AVIATION, INC., and
UNITED STATES AVIATION UNDERWRITERS, INC.,

    Plaintiffs,

v.

OMEGA COATING CORPORATION,
ALPHA COATINGS, INC., and
HH&H AUTOMOTIVE PAINT, INC., d/b/a HIGHTOWER SUPPLY,

    Defendants.

## ORDER OF DISMISSAL AS TO
## DEFENDANT OMEGA COATING CORPORATION

**Blackburn, J.**

On October 19, 2005, the parties filed a **Stipulated Motion to Dismiss Omega Coating Corporation With Prejudice** [#71]. After careful review of the motion and the file, the court has concluded that the motion should be granted and plaintiffs' claim against defendant Omega Coating Corporation should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss Omega Coating Corporation With Prejudice** [#71], filed on October 19, 2005, is **GRANTED**;

2. That plaintiffs' claim against defendant Omega Coating Corporation is **DISMISSED WITH PREJUDICE**;

3. That each party shall pay its own attorney fees and costs; and

    4.  That defendant Omega Coating Corporation is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated October 19, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge