IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00346-REB-PAC

WEST STAR AVIATION, INC., and
UNITED STATES AVIATION UNDERWRITERS, INC.,

    Plaintiff(s),

v.

ALPHA COATINGS, INC., and
HH&H AUTOMOTIVE PAINT, INC., d/b/a HIGHTOWER SUPPLY,

    Defendant(s).
_____

ORDER GRANTING DEFENDANT ALPHA COATINGS, INC.'S, UNOPPOSED MOTION FOR LEAVE TO DESIGNATE NON-PARTIES AT FAULT
_____

THIS MATTER having come before the Court upon Alpha Coatings, Inc.'s, (hereinafter "Alpha Coatings") October 27, 2005 Unopposed Motion for Leave to Designate Non-Parties at Fault (hereinafter "Unopposed Motion"), Doc. # 73, and the Court being fully advised in its premises,

HEREBY ORDERS, that Alpha Coatings' Unopposed Motion is GRANTED and the tendered non-party designation shall be date stamped and filed this date.

DATED this 31st day of October, 2005.

                                          BY THE COURT:
                                          s/Patricia A. Coan
                                          Patricia A. coan
                                          Magistrate Judge