IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00346-REB-PAC

WEST STAR AVIATION, INC., and
UNITED STATES AVIATION UNDERWRITERS, INC.,

    Plaintiff(s),

v.

ALPHA COATINGS, INC., and
HH&H AUTOMOTIVE PAINT, INC., d/b/a HIGHTOWER SUPPLY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 23, 2006

    Upon review of the motion and finding good cause, IT IS HEREBY

    **ORDERED** that Plaintiff's and Intervenor's Unopposed Motion to Continue Discovery Motions [sic] and Settlement Conference Due to Trial Conflict, Doc. # 95, is GRANTED.  It is further

    **ORDERED** that the **motions hearing** set for March 6, 2006 is vacated and reset to **March 14, 2006 at 11:00 a.m.** in Courtroom A-501.  Counsel are further ordered to **meet and confer** in the magistrate judge's conference room on **March 14, 2006 at 10:00 a.m.** in an attempt to resolve their disputes.  It is further

    **ORDERED** that the **settlement conference** set for March 7, 2006 is vacated and reset to **March 14, 2006 at 1:30 p.m.** with Magistrate Judge Coan.  Updated confidential statements are due by March 9, 2006.

    **All persons need valid current photo identification for courthouse access.**