# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1:05-cv-00346-REB-PAC

**WEST STAR AVIATION, INC.,**
a Colorado corporation,

    Plaintiff,

**UNITED STATES AVIATION
UNDERWRITERS, INC.**, a New York corporation,

    Intervenor

vs.

**ALPHA COATINGS, INC.,**
a Missouri corporation,

    Defendants

---

## ORDER
## MODIFYING PRETRIAL ORDER

---

/ / /

/ / /

Pursuant to the Court's order (Docket #82), and plaintiff's and intervenor's Notice of Consent, the Final Pretrial Order (Docket #83) shall be and is hereby modified as follows:

1. Modify paragraph 6(A)(2), only, by striking those witnesses identified as numbers (1) through (3), and (8) through (46), only.

2. Modify paragraph 6(B)(1), only, by striking those witnesses identified as numbers (1) and (2), only.

3. Modify paragraph 6(B)(2), only, by striking those witnesses identified as numbers (1) through (3), only.

**IT IS SO ORDERED:**

Dated: ~~February~~ March 14, 2006

/s/ Patricia A. Coan
PATRICIA A. COAN
US MAGISTRATE JUDGE

West Star Omega/PO/WO Lg23529/20060206