**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00346-REB-PAC

WEST STAR AVIATION, INC.,

    Plaintiff,

v.

UNITED STATES AVIATION UNDERWRITERS, INC.,

    Plaintiff/Intervenor,

v.

ALPHA COATINGS, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

    On March 24, 2006, the parties filed a **Stipulated Motion to Dismiss Alpha Coatings, Inc., With Prejudice** [#120].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion to Dismiss Alpha Coatings, Inc., With Prejudice** [#120], filed on March 24, 2006, is **GRANTED**;

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for September 29, 2006, is **VACATED**;

4. That the jury trial set to commence October 16, 2006, is **VACATED**; and

5. That any pending motion is **DENIED** as moot.

Dated March 24, 2006, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**